Joseph Creitz, Cal. Bar No. 169552
Lisa Serebin, Cal. Bar No. 146312
CREITZ & SEREBIN LLP
445 S. Figueroa Ave., 31st Floor
Los Angeles, CA 90071
Telephone: (415) 466-3090
Fax: (415) 513-4475
Email: joe@creitzserebin.com
Email: lisa@creitzserebin.com

Paul M. Secunda*
*admitted pro hac vice
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. GRUBER, individually, and as representatives of a Class of Participants and Beneficiaries of the Grifols Employee Retirement Savings Plan, | Case No: 2:22-cv-02621-SPG-AS |
| Plaintiff, | JOINT STATUS REPORT AND JOINT REQUEST TO EXTEND STAY |
| v. | Original Complaint filed: Apr. 19, 2022 |
| GRIFOLS SHARED SERVICES NORTH AMERICA, INC., ET AL. | Responsive Pleading filed: June 10, 2022 |
| Defendants. | |

**JOINT STATUS REPORT AND JOINT REQUEST TO EXTEND STAY**

Pursuant to the Court's Order of March 14, 2023 (ECF No. 63), Plaintiff William J. Gruber ("Plaintiff") and Defendants Grifols Shared Services North America, Inc. and the Board of Directors of Grifols Shared Services North America, Inc. ("Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), through their respective counsel, submit this Joint Status Report, stating as follows:

1.      On April 19, 2022, Plaintiff commenced an action in this Court under the Employee Retirement Income Security Act of 1974 ("ERISA"), alleging that Defendants breached their fiduciary duties owed to the Grifols Employee Retirement Savings Plan ("Plan".)  (ECF No. 1.)

2.      Defendants answered the Complaint on June 10, 2022. (ECF No. 36.)

3.      After commencing discovery, on March 14, 2023, the Parties filed a proposed joint stipulation to stay litigation pending mediation (ECF No. 62), and on the same day, the Court granted a stay and ordered that the Parties submit a status report no later than July 5, 2023. (ECF. No. 63.)

4.      On June 7, 2023, the Parties mediated before a private mediator and reached a settlement in principle to resolve this litigation.

5.      The Parties will draft the terms of a class action settlement agreement over the next several weeks, and Plaintiff intends to file a motion for preliminary approval of the class action settlement no later than August 31, 2023.

6.      Accordingly, the Parties request that the Court continue the stay in this matter until the filing of Plaintiff's motion for preliminary approval of the settlement on or before August 31, 2023.

WHEREFORE, the Court being fully advised, the Parties pray that this matter be further stayed in its entirety, including all deadlines, up to and including August 31, 2023, by which time Plaintiff will file a motion for preliminary approval of the class action settlement.

Dated: June 29, 2023

By: /s/ **Stacey C.S. Cerrone**

JACKSON LEWIS P.C.
Heather B. Dillion
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: Heather.Dillion@jacksonlewis.com

René E. Thorne (pro hac vice)
Stacey C.S. Cerrone (pro hac vice)
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
Rene.Thorne@jacksonlewis.com
Stacey.Cerrone@jacksonlewis.com

*Attorneys for Defendants*

Respectfully submitted,

By: /s/ **Paul M. Secunda**

WALCHESKE & LUZI LLC
Paul M. Secunda (pro hac vice)
235 N. Executive Dr., Suite 240
Brookfield, WI 53005
Telephone: (414) 828-2372
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

Joseph Creitz, Cal. Bar No. 169552
Lisa Serebin, Cal. Bar No. 146312
CREITZ & SEREBIN LLP
445 S. Figueroa Ave., 31st Floor
Los Angeles, CA 90071
Telephone: (415) 466-3090
Facsimile: (415) 513-4475
Email: joe@creitzserebin.com
Email: lisa@creitzserebin.com

*Attorneys for Plaintiff*