# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRUBER, individually, and as representatives of a Class of Participants and Beneficiaries of the Grifols Employee Retirement Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>GRIFOLS SHARED SERVICES NORTH AMERICA, INC., ET AL.<br><br>Defendants. | Case No: 2:22-cv-02621-SPG-AS<br><br>ORDER GRANTING JOINT REQUEST TO EXTEND STAY<br>[ECF NO. #64] |

On June 29, 2023, the Parties filed a joint status report and joint request to extend the stay to allow Plaintiff to file a motion for preliminary approval of the class action settlement by August 31, 2023.

The Parties pray that the stay be extended, including all deadlines, up to and including August 31, 2023, when Plaintiff shall file a motion for preliminary approval of the class action settlement.

The Court, having considered the Parties' Joint Request and finding good cause therefor, hereby GRANTS the Request and ORDERS as follows:

1. This matter be further stayed in its entirety, including all deadlines, up to and including August 31, 2023; and

2. Plaintiff shall file a motion for preliminary approval of the class action settlement on or before August 31, 2023.

IT IS SO ORDERED.

Dated: June 29, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE