1  Joseph Creitz, Cal. Bar No. 169552
   Lisa Serebin, Cal. Bar No. 146312
2  CREITZ & SEREBIN LLP
   100 Pine Street, Suite 1250
3  San Francisco, CA 94111
   Telephone: (415) 466-3090
4  Fax: (415) 513-4475
   Email: joe@creitzserebin.com
5         lisa@creitzserebin.com

6  Paul M. Secunda*
   *admitted pro hac vice
7  WALCHESKE & LUZI, LLC
   235 N. Executive Dr., Suite 240
8  Brookfield, Wisconsin 53005
   Telephone: (262) 780-1953
9  Fax: (262) 565-6469
   E-Mail: psecunda@walcheskeluzi.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. GRUBER, individually, and as representatives of a Class of Participants and Beneficiaries of the Grifols Employee Retirement Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>GRIFOLS SHARED SERVICES NORTH AMERICA, INC., ET AL.<br><br>Defendants. | Case No: 2:22-cv-02621-SPG-AS<br><br>Honorable Sherilyn Peace Garnett<br><br>NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT<br><br>Complaint Filed: Apr. 19, 2022<br><br>DATE: MARCH 13, 2024<br><br>TIME: 1:30 P.M.<br><br>COURTROOM: 5C |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Wednesday, March 13, 2024, at 1:30 p.m., in Courtroom 5C of the United States District Court for the Central District of California, First Street Courthouse, 350 West 1st Street, Los Angeles, CA 90012, the Court will conduct the Fairness Hearing. Plaintiff William J. Gruber ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 67-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Paragraph 4 of the Parties' Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda, Jeffrey Mitchell, and Stacey Cerrone, and exhibits attached thereto, the previously filed declaration of the Class Representative (Dkt. No. 68), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is attached as **Exhibit 1**.

Dated this 14th day of February, 2024

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda*
*admitted pro hac vice
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-Mail: psecunda@walcheskeluzi.com

Joseph Creitz, Cal. Bar No. 169552
Lisa Serebin, Cal. Bar No. 146312
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: joe@creitzserebin.com
lisa@creitzserebin.com

Counsel for Plaintiff and the
Proposed Class

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Paul M. Secunda*
Paul M. Secunda
