1 | Joseph Creitz, Cal. Bar No. 169552
2 | Lisa Serebin, Cal. Bar No. 146312
CREITZ & SEREBIN LLP
3 | 445 S. Figueroa Ave., 31st Floor
Los Angeles, CA 90071
4 | Telephone: (415) 466-3090
Fax: (415) 513-4475
5 | Email: joe@creitzserebin.com
Email: lisa@creitzserebin.com

6 | Paul M. Secunda*
* admitted pro hac vice
7 | WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
8 | Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
9 | Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. GRUBER, individually, and as representatives of a Class of Participants and Beneficiaries of the Grifols Employee Retirement Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>GRIFOLS SHARED SERVICES NORTH AMERICA, INC., ET AL.<br><br>Defendants. | Case No: 2:22-cv-02621-SPG-AS<br><br>Hon. Sherilyn Peace Garnett<br><br>NOTICE OF AMENDMENT TO PROPOSED ATTORNEY FEES AND FINAL APPROVAL OF SETTLEMENT ORDERS<br><br>Complaint Filed: Apr. 19, 2022<br><br>DATE: MARCH 13, 2024<br><br>TIME: 1:30 P.M.<br><br>COURTROOM: 5C |

# NOTICE OF AMENDMENT TO PROPOSED
# ATTORNEY FEES AND FINAL APPROVAL OF SETTLEMENT ORDERS

Plaintiff William J. Gruber ("Plaintiff"), through his counsel, submits this Notice of Amendment to the proposed Attorney Fees Order (80-1) and proposed Final Approval of Settlement Order (Dkt. 83-1), stating as follows:

1. On February 21, 2024, in a conference call with the independent fiduciary for this settlement, it came to Plaintiff's counsel attention that a clerical error had been made in the materials submitted with his motion for attorney fees (Dkt. 80) and with his motion for final approval of the settlement (Dkt. 83), both filed on February 14, 2024.

2. More specifically, Plaintiff's counsel inadvertently wrongly transcribed the settlement amount as $1,450,000, while the Settlement Agreement makes clear that the settlement amount is, in fact, $1,475,000 (Dkt. 67-1).

3. Plaintiff now submits Amendments to the Proposed Final Order for Approval of Settlement and Order on Attorney Fees (attached hereto as **Exhibits A and B**), which states the correct amount of the settlement amount and the correct amount of attorney fees requested ($368,750).

4. Defendants have been informed of this clerical error and do not oppose the amendments of the proposed orders.

5. Accordingly, Plaintiff requests that the Court review in considering Plaintiff's motion for attorney fees and final approval of settlement the amended proposed Orders involving attorney fees and final approval of the settlement attached hereto to this Notice.

WHEREFORE, the Court being fully advised, Plaintiff asks the Court to take notice of the attached Amendments to the Proposed Orders for the Motion for Attorney Fees and for the Motion for Final Approval of Settlement, and grant these pending Motions.

*Gruber v. Grifols*　　　NOTICE OF AMENDMENT　　　Case No. 2:22-cv-02621-SPG-AS

Dated: February 21, 2024                    Respectfully submitted,

By: /s/ ***Paul M. Secunda***
WALCHESKE & LUZI LLC
Paul M. Secunda (pro hac vice)
235 N. Executive Dr., Suite 240
Brookfield, WI 53005
Telephone: (414) 828-2372
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

Joseph Creitz, Cal. Bar No. 169552
Lisa Serebin, Cal. Bar No. 146312
CREITZ & SEREBIN LLP
445 S. Figueroa Ave., 31st Floor
Los Angeles, CA 90071
Telephone: (415) 466-3090
Facsimile: (415) 513-4475
Email: joe@creitzserebin.com
Email: lisa@creitzserebin.com

*Attorneys for Plaintiff*